SPINKS *v.* LAGRANGE BANKING & TRUST COMPANY.

ATKINSON, J. This case is controlled by the decision in *Spinks* v. *LaGrange Banking & Trust Company*, this day decided.

*Judgment affirmed. All the Justices concur.*